## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sheila Tipler, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sunbeam Products, Inc., a Foreign | ) | |
| Corporation d/b/a Jarden Consumer | ) | |
| Solutions, | ) | |
| | ) | Case No. 1:19-cv-160 |
| Defendant. | ) | |

_____

**IT IS ORDERED:**

A status conference will be held before the magistrate judge on March 3, 2020, at 11:00 a.m.

The conference will be conducted via telephone conference. To participate in the conference,

counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 1st day of November, 2019.


*/s/ Clare R. Hochhalter*_____
Clare R. Hochhalter, Magistrate Judge
United States District Court